BRETT T. MORONEY (SBN: 199795)
bmoroney@grsm.com
MIGUEL A. SALDAÑA (SBN: 299960)
masaldana@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, 20th Floor
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile   (415) 986-8054

Attorneys for Defendant
ROBERT FISCHER,
dba PALO ALTO CREAMERY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT FISCHER dba PALO ALTO CREAMERY, et al.,<br><br>    Defendants. | CASE N CASE NO.  3:18-cv-06200-SK<br><br>**STIPULATION FOR EXTENSION OF TIME**<br><br>Complaint Filed: October 10, 2018<br>Trial:             Not Set |

### STIPULATION

Pursuant to Civil Local Rule 6.1(a), Gerardo Hernandez ("Plaintiff"), Defendants Jane Santana, Sally Santana, James Santana, Anne Santana, Robert Bettencourt as Trustee of the Bettencourt Revocable Trust, Carole Bettencourt as Trustee of the Bettencourt Family Trust, George Santana as Trustee of the Santana Living Trust, Adrienne Santana as Trustee of the Santana Living Trust (collectively, the "Defendants"), and Defendant Robert Fischer, dba Palo Alto Creamery ("Defendant Robert Fischer," together with Plaintiff and Defendants, the "Parties"), jointly stipulate as follows:

1.     The Parties agree to an extension of time for Defendant Robert Fischer to respond to Plaintiff's Complaint. Defendant Robert Fischer's response to the Complaint will be due no later than January 27, 2019. The Parties further agree to continue the date for the joint site inspection to February 8, 2019.

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

2. The Parties have agreed to conduct the joint site inspection on February 8, 2019 at 11:00 a.m. if the matter does not settle prior to that time, subject to the Parties' reservation to further modify the date if necessary.

3. Accordingly, the Parties stipulate to extend the deadline to conduct the joint site inspection to February 8, 2019, with all dates triggered by that deadline continued accordingly.

4. The Parties further agree that Plaintiff will vacate the Request To Enter Clerk's Default Against Defendant Robert Fischer dba Palo Alto Creamery (Doc. 20) filed on January 8, 2019.

IT IS SO STIPULATED.

Dated: January 9, 2019　　　　　　　　　GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Brett T. Moroney*
　　Brett T. Moroney
　　Miguel A. Saldaña
　　Attorneys for Defendant
　　ROBERT FISCHER,
　　dba PALO ALTO CREAMERY

Dated: January 9, 2019　　　　　　　　　HOPKINS & CARLEY
A Law Corporation

By: */s/ Ruby H. Kazi*
　　Ruby H. Kazi
　　Attorneys for Defendants
　　JANE K. SANTANA; SALLY E.
　　SANTANA; JAMES C. SANTANA;
　　ANNE P. SANTANA; ROBERT T.
　　BETTENCOURT, Trustee of the
　　BETTENCOURT REVOCABLE TRUST
　　dated April 15, 1982; CAROLE A.
　　BETTENCOURT, Trustee of the
　　BETTENCOURT FAMILY TRUST
　　established under Declaration of Trust
　　dated May 25, 1983; GEORGE R.
　　SANTANA, Trustee of the SANTANA
　　LIVING TRUST created under agreement
　　dated January 8, 1987; ADRIENNE C.
　　SANTANA, Trustee of the SANTANA
　　LIVING TRUST created under agreement
　　dated January 8, 1987

**STIPULATION FOR EXTENSION OF TIME**　　　　　　　　　3:18-CV-06200-SK

| | | |
|---|---|---|
| Dated: January 9, 2019 | | MOORE LAW FIRM, P.C. |

By: */s/ Tanya E. Moore*
    Tanya E. Moore
    Attorneys for Plaintiff
    GERARDO HERNANDEZ

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

    GORDON REES SCULLY
    MANSUKHANI, LLP

By: */s/ Brett T. Moroney*
    Brett T. Moroney
    Miguel A. Saldaña
    Attorneys for Defendant
    ROBERT FISCHER,
    dba PALO ALTO CREAMERY

**[PROPOSED] ORDER**

    The Parties having so stipulated and good cause appearing,

    **IT IS HEREBY ORDERED** Defendant Robert Fischer's response to the Complaint will be due no later than January 27, 2019, and that the deadline for the Parties to complete the joint site inspection is extended to February 8, 2019, with all dates triggered by that deadline continued accordingly.

    **IT IS FURTHER ORDERED** that Plaintiff will vacate the Request To Enter Clerk's Default Against Defendant Robert Fischer dba Palo Alto Creamery.

    **IT IS SO ORDERED**.

Dated: January 11, 2019     *Sallie Kim*
    United States Magistrate Judge Sallie Kim