UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT FISCHER, et al.,<br><br>Defendants. | Case No. 18-cv-06200-SK<br><br>**CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 33 |

Plaintiff advises the Court that the parties have reached a full settlement of this matter. (Dkt. 33.) Plaintiff expects to file for dismissal of the action shortly, pending execution of the agreement by all parties and fulfillment of certain terms by Defendants. Accordingly, **IT IS HEREBY ORDERED** that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this Court, within sixty days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial. If no certification is filed, after passage of sixty days, the dismissal shall be **with** prejudice.

**IT IS SO ORDERED**.

Dated: July 2, 2019

_____
SALLIE KIM
United States Magistrate Judge